## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Dexter Hodges, Task Force Officer with the United States Department of the Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), submits this affidavit in support of a criminal complaint charging the following individual with Malicious Destruction of Property Used in/Affecting Interstate Commerce by Fire:

### Luther Moody TRENT:
(B/M, Date of Birth: XX/XX/2000, SSN: XXX-XX-4825)

Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers, and other individuals. All conversations and statements described in this affidavit are related in substance and in part, unless otherwise indicated.

Based on the information herein, your affiant submits that there is probable cause that **Luther Moody TRENT** ("**TRENT**") committed the offense of Malicious Destruction of Property Used In/Affecting Interstate Commerce by Fire, in violation of Title 18 U.S.C. § 844(i).

## AFFIANTS' EXPERTISE

1. Your affiant, Task Force Officer (TFO) Dexter Hodges, of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, being duly sworn, deposes and says that he is a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, federal felony offenses.

2. Your affiant has been a TFO with ATF for approximately 9 years, assigned to the Arson and Explosives Group I, in Baltimore, Maryland. Your affiant has conducted numerous state and federal arson investigations. Your affiant is also a Deputy Chief and Bomb Squad Technician with the Maryland State Fire Marshal's Office, an agency within the Maryland Department of State Police. Your affiant is a certified law enforcement officer through the Maryland Police Training Commission. Your affiant has received extensive training in the determination of the origin and cause of fires. Further, your affiant is certified as a fire investigator through University of Maryland Fire and Rescue Institute Pro Board and the National Association of Fire Investigators.

3. Previously, your affiant was a firefighter with Montgomery County Fire Rescue Service (MCFRS) in Rockville, MD for approximately nine years. While with MCFRS, your affiant also assisted in fire investigations as an Assistant State Fire Marshal. Additionally, your affiant has participated in numerous classes and seminars related to the field of fire, arson, and explosive post blast investigations.

# EXHIBIT A

4. The investigation detailed in this affidavit is being conducted by the ATF. The ATF is responsible for conducting investigations involving firearms trafficking, arson and explosives incidents, cigarette smuggling, investigating cases of fraud, and money laundering, all to ensure public safety.

## RELEVANT FACTS

5. On May 21, 2021, at approximately 1:30 a.m., a fire was reported at 1900 Linden Avenue, Baltimore, Maryland. The fire moved along the exterior and into the rear of the residence where it set a raised wooden deck ablaze, and then moved inside the building, doing substantial damage to 1900 Linden Avenue. Damage was also done to the adjoining property, 1902 Linden Avenue.

6. The residence located at 1900 Linden Avenue is a townhome which was owned at the time of the fire by ▇▇▇▇. ▇▇▇▇ rented the townhome to three individuals, ▇▇▇▇ ▇▇▇▇. ▇▇▇▇ were all alerted to the fire and able to evacuate without injury. The firefighters were able to extinguish the fire without injury.

7. When interviewed shortly after the arson, ▇▇▇▇ noted threatening text messages that she had been receiving from an ex-boyfriend, Luther Moody **TRENT**. ▇▇▇▇ was in a prior volatile relationship with **TRENT** which resulted in the police being called on at least one prior occasion, as well as an order of protection being issued in favor of ▇▇▇▇. A Facebook post from **TRENT's** account dated January 8, 2021 follows:



8. Upon running **TRENT's** name, Baltimore City Police Department Detective Kyle Kruesi was able to pull up video of a prior domestic incident with **TRENT** and ▮▮▮▮ on March 23, 2021 where the police were called. Upon viewing **TRENT** in the video, Det. Kruesi identified **Trent** as being the same individual who had approached Det. Kruesi earlier at the scene of the arson and identified himself as "Trey Johnson." At the time, **TRENT** was shirtless, wearing glasses and jeans, and inquired about his cousin, ▮▮▮▮, whom he claimed lived in the residence. Det. Kruesi noted that "Trey Johnson" was acting nervous and left the scene shortly thereafter driving a two-door black Honda Accord. ▮▮▮▮ confirmed that **TRENT** drives a two-door black Honda and indicated that ▮▮▮▮ had not lived at 1900 Linden Avenue in several months.

9. Canvas of the area resulted in the recovery of video surveillance recordings from a variety of sources and vantage points. In one surveillance video, a figure is seen walking up the street toward 1900 Linden Ave. at approximately 1:30 a.m., just prior to the fire. Two minutes later, just after the fire was set, an individual who appears to be shirtless is seen running down the street, away from 1900 Linden Avenue. Other video surveillance footage thereafter shows a black two door Honda circling the area after the fire.

10. Baltimore Fire Investigators determined that the fire was incendiary, that is, intentionally set. The fire investigator's report noted that the origin of the fire was under the wooden deck in the rear of the residence.

11. A Maryland state arrest warrant was sought for **TRENT's** arrest on June 18, 2021. **TRENT** was charged in state court with eighteen counts, including attempted first degree murder, attempted second degree murder, first degree arson, second degree arson, first degree assault, second degree assault, reckless endangerment, and first degree malicious burning.

12. **TRENT** pled guilty in state court to one count of First Degree Arson on December 9, 2021, and was sentenced to 10 years, with all but 9 years, 6 months, and 27 days suspended, with three years of supervised probation. In effect, that resulted in the defendant being released from jail immediately after serving less than six months.

13. After **TRENT** was released from serving the custodial portion of his sentence, he was interviewed by WBFF Fox Baltimore News Reporter Mikenzie Frost, and that interview aired on January 11, 2022. See, https://foxbaltimore.com/news/local/man-torches-ex-girlfriends-home-says-plea-deals-like-his-send-wrong-message-to-baltimore. During the course of the interview, **TRENT** admitted setting the fire by pouring gasoline along the side of the house where Ms. Young resided and that he had done so because he was upset that he could no longer see Ms. Young. **TRENT** explained that it was a "Romeo and Juliet type of thing … if I can't have her, nobody can, or at least nobody in Baltimore." **TRENT** noted that he, "should not be out right now," and that the sentence he received sent the wrong message to would-be criminals bent on doing harm to others that they "can do anything they want."

## CONCLUSION

14. Based upon the foregoing, I submit that there is probable cause to believe **Luther Moody TRENT** violated Title 18 United States Code, Section 844(i) (Malicious Destruction of Property Used In/Affecting Interstate Commerce by Fire), that is:

    (1) **TRENT** set fire to damage or destroy, or in an attempt to damage or destroy, the property located at 1900 Linden Avenue;

    (2) 1900 Linden Avenue was used in or affecting interstate or foreign commerce as a rental property; and

    (3) **TRENT** acted maliciously (intentionally or with willful disregard of the likelihood that damage will result, and not mistakenly or carelessly).

    Your Affiant requests an arrest warrant authorizing arrest of **TRENT**.

DEXTER HODGES (Affiliate)
Digitally signed by DEXTER HODGES (Affiliate)
Date: 2022.02.03 09:46:47 -05'00'

Dexter Hodges
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4 this __3rd__ day of February, 2022.

J. Mark Coulson
United States Magistrate Judge



4