MCH JTM: USAO# 2022R0074

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. ELH-22-111 |
| v. | * | (Malicious Destruction of Property by Fire, 18 U.S.C. § 844(i)) |
| **LUTHER MOODY TRENT** | * | |
| Defendant | * | |

******

USDC- BALTIMORE
'22 MAR 31 PM 4:02

## INDICTMENT

### COUNT ONE
(Malicious Destruction of Real Property by Fire)

The Grand Jury for the District of Maryland charges that:

On or about May 21, 2021, in the District of Maryland, the defendant,

**LUTHER MOODY TRENT,**

maliciously damaged and destroyed, by means of fire, any building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, that is, the rental property located at 1900 Linden Avenue, Baltimore, Maryland 21217.

18 U.S.C. § 844(i)

*Erek L. Barron by JTM*
EREK L. BARRON
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

3/31/2022
Date