IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.: ELH 22-0111 |
| LUTHER MOODY TRENT | * | |

\* \* \* \* \*

## MOTION TO FILE EXHIBIT IN ELECRONIC FORMAT

The defendant, Luther Moody Trent, by and through undersigned counsel, hereby seeks this Court's permission to file Exhibit A to his Sentencing Memorandum in electronic format. The exhibit contains video and cannot be converted to pdf format.

Respectfully Submitted,

/s/
Teresa Whalen, Bar No. 25245
Law Office of Teresa Whalen
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 728-2905

So Ordered: __AUGUST 2__, 2022.

~~Honorable Ellen L. Hollander~~ Richard D. Bennett
United States District Judge